# United States District Court
# For The Western District of North Carolina
# Statesville Division

BOBBY RAY ALONZO JONES,

    Plaintiff(s),

vs.

STEVE CABE, AND FNU KILBY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV243-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2008, Order.

Signed: November 21, 2008

Frank G. Johns, Clerk
United States District Court